

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00038-CV

## ESTATE OF RODGER LYNN ROSS, DECEASED

**From the 82nd District Court**
**Falls County, Texas**
**Trial Court No. CV40972**

## MEMORANDUM OPINION

The parties' "Joint Motion to Dismiss Appeal Pursuant to Texas Rule of Appellate Procedure 42.1(a)" was filed on September 24, 2024. In the motion, the parties note that they have successfully mediated their dispute, and as a result, they now move to dismiss the appeal with prejudice and tax all costs to the party incurring same.

Accordingly, the "Joint Motion to Dismiss Appeal Pursuant to Texas Rule of Appellate Procedure 42.1(a)" is granted, and this appeal is dismissed with prejudice. Further, all costs in this appeal are ordered taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(a)(1), (d); 43.2(f); 43.4.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Motion granted
Appeal dismissed
Opinion delivered and filed October 3, 2024
[CV06]

